Floyd W. Bybee, #012651
BYBEE LAW CENTER, PLC
4445 E. Holmes Avenue
Suite 107
Mesa, AZ 85206-3398
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Michael J. Bean, and Shana J. Bean,<br><br>    Plaintiffs,<br><br>v.<br><br>Opal Financial, LLC, Law Office of James R. Vaughan PLLC, and James R. Vaughan,<br><br>    Defendants. | No. CV 2009-2231-PHX-GMS<br><br>NOTICE OF DISMISSAL WITH PREJUDICE |

Plaintiffs, by and through counsel, hereby gives notice of dismissal of this case in its entirety against all parties with prejudice, with each party to bear its own attorney's fees and costs.

/ / /

/ / /

1
2        RESPECTFULLY SUBMITTED: <u>  January 5, 2010  </u> .
3
4                                         <u>   s/ Floyd W. Bybee           </u>
                                          Floyd W. Bybee, #012651
5                                         BYBEE LAW CENTER, PLC
                                          4445 E. Holmes Avenue
6                                         Suite 107
                                          Mesa, AZ 85206-3398
7                                         Office: (480) 756-8822
                                          Fax: (480) 302-4186
8                                         floyd@bybeelaw.com

9                                         Attorney for Plaintiffs

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25